JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2017 MAY -3  A 11: 27

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | : | INDICTMENT |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | VIOS: 18 U.S.C. § 2113(a), Credit Union Robbery; 18 U.S.C. § 924(c), Using, Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence |
| KEVIN DEAN RASBAND, | : | |
| Defendant. | : | |
| | : | |
| | : | Case: 1:17-cr-00027<br>Assigned To : Nuffer, David<br>Assign. Date : 05/03/2017<br>Description: USA v. |

The Grand Jury charges:

## COUNT I
**(Credit Union Robbery, 18 U.S.C. § 2113(a))**

On or about February 11, 2017, in the Northern Division of the District of Utah,

KEVIN DEAN RASBAND,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Goldenwest Credit Union, 131 West 200 North, Kaysville, Utah,

the deposits of which were then insured by the National Credit Union Administration; in violation of 18 U.S.C. § 2113(a).

## COUNT II
### (Brandishing a Firearm during a Crime of Violence, 18 U.S.C. §924(c))

On or about February 11, 2017, in the Northern Division of the District of Utah,

KEVIN DEAN RASBAND,

defendant herein, during and in relation to the crime of violence alleged in Count I of this Indictment, did knowingly use, carry, and brandish a firearm; in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III
### (Credit Union Robbery, 18 U.S.C. § 2113(a))

On or about March 29, 2017, in the Northern Division of the District of Utah,

KEVIN DEAN RASBAND,

defendant herein, by force, violence, and intimidation, did take from the person and presence of a teller, money belonging to and in the care, custody, control, management and possession of the Utah First Federal Credit Union, 1173 North Shepard Creek Parkway, Farmington, Utah, the deposits of which were then insured by the National Credit Union Administration; in violation of 18 U.S.C. § 2113(a).

## COUNT IV
### (Brandishing a Firearm during a Crime of Violence, 18 U.S.C. §924(c))

On or about March 29, 2017, in the Northern Division of the District of Utah,

KEVIN DEAN RASBAND,

defendant herein, during and in relation to the crime of violence alleged in Count III of this Indictment, did knowingly use, carry, and brandish a firearm; in violation of 18 U.S.C. § 924(c)(1)(A).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

*Veda M Travis*
_____
VEDA M. TRAVIS
Assistant United States Attorney