JOHN W. HUBER, United States Attorney (#7226)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00027 DN |
|---|---|
| Plaintiff, | UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR |
| v. | |
| KEVIN DEAN RASBAND, | JUDGE DAVID NUFFER |
| Defendant. | |

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 5TH day of AUGUST, 2019.

JOHN W. HUBER
United States Attorney

*/s/ VEDA M. TRAVIS*
VEDA M. TRAVIS,
Assistant United States Attorney

–1–